IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | INDICTMENT |
| v. | ) | |
| | ) | |
| AKEEM NETRON HOLDER EVANS | ) | NO. 5:22-CR-140-1 |
| a/k/a "King" | ) | |
| TRAY DE'VONTA EVANS | ) | NO. 5:22-CR-140-2 |
| a/k/a "Scrap" | ) | |
| RASAUN IRAN ROBINSON WRIGHT | ) | NO. 5:22-CR-140-3 |
| a/k/a "Ran" | ) | |
| WILLIAM HENRY JOHNSON, JR. | ) | NO. 5:22-CR-140-4 |
| a/k/a "Coach" | ) | |
| LARRY MARNECUS STANFORD, JR. | ) | NO. 5:22-CR-140-5 |
| CHARLES JERMAINE MULDROW | ) | NO. 5:22-CR-140-6 |
| KARA SHONTYA JONES | ) | NO. 5:22-CR-140-7 |
| ANTHONY EDWARD WALTON | ) | NO. 5:22-CR-140-8 |

The Grand Jury charges that:

## COUNT ONE

Beginning no later than in or about 2016, the exact date being unknown to the Grand Jury, and continuing up to and including on or about the date of this indictment, in the Eastern District of North Carolina, and elsewhere, AKEEM NETRON HOLDER EVANS, also known as "King," TRAY DE'VONTA EVANS, also known as "Scrap," RASAUN IRAN ROBINSON WRIGHT, also known as "Ran" WILLIAM HENRY JOHNSON, JR., also known as "Coach," LARRY MARNECUS STANFORD, JR., CHARLES JERMAINE MULDROW, and KARA SHONTYA JONES, defendants herein, did knowingly and intentionally combine, conspire, confederate, agree, and have a tacit understanding with each other and other persons,

1

known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute cocaine and cocaine base (crack), Schedule II controlled substances, and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

<u>Quantity of Controlled Substances Involved in the Conspiracy</u>

With respect to AKEEM NETRON HOLDER EVANS, also known as "King," the amounts involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him, are five (5) kilograms or more of cocaine and two hundred and eighty (280) grams of cocaine base (crack), Schedule II controlled substances, and a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(b)(1)(A) and (C).

With respect to TRAY DE'VONTA EVANS, also known as "Scrap," the amounts involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him, are five (5) kilograms or more of cocaine and two hundred and eighty (280) grams of cocaine base (crack), Schedule II controlled substances, and a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(b)(1)(A) and (C).

With respect to RASAUN IRAN ROBINSON WRIGHT, also known as "Ran," the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him, is five

2

(5) kilograms or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

With respect to WILLIAM HENRY JOHNSON, JR., also known as "Coach," the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him, is five (5) kilograms or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

With respect to LARRY MARNECUS STANFORD, JR., the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him, is a quantity of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

With respect to CHARLES JERMAINE MULDROW, the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him, is a quantity of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

With respect to KARA SHONTYA JONES, the amount involved in the conspiracy attributable to her as a result of her own conduct and the conduct of other conspirators reasonably foreseeable to her, is a quantity of cocaine and a quantity of fentanyl, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(b)(1)(C).

3

All in violation of Title 21, United States Code, Section 846.

ALLEGATION OF PRIOR CONVICTION

For purposes of Title 21, United States Code, Section 841(b) and 851, AKEEM NETRON HOLDER EVANS, also known as "King," committed the violations alleged in Count One of the Indictment after a prior conviction for a serious drug felony, as defined in Title 21, United States Code, Section 802(57), had become final.

COUNT TWO

On or about February 19, 2022, in the Eastern District of North Carolina, the defendants, AKEEM NETRON HOLDER EVANS, also known as "King," and WILLIAM HENRY JOHNSON, JR., also known as "Coach," aiding and abetting each other, did knowingly and intentionally possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

ALLEGATION OF PRIOR CONVICTION

For purposes of Title 21, United States Code, Section 841(b) and 851, AKEEM NETRON HOLDER EVANS, also known as "King," committed the violations alleged in Count Two of the Indictment after a prior conviction for a serious drug felony, as defined in Title 21, United States Code, Section 802(57), had become final.

COUNT THREE

On or about March 29, 2022, in the Eastern District of North Carolina, the defendant, TRAY DE'VONTA EVANS, also known as "Scrap," knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one

4

(1) year, knowingly possessed a firearm and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT FOUR

On or about February 25, 2022, in the Eastern District of North Carolina, the defendant TRAY DE'VONTA EVANS, also known as "Scrap," did knowingly and intentionally distribute a quantity of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

On or about March 11, 2022, in the Eastern District of North Carolina, the defendant AKEEM NETRON HOLDER EVANS, also known as "King," did knowingly and intentionally distribute a quantity of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

On or about March 11, 2022, in the Eastern District of North Carolina, the defendant CHARLES JERMAINE MULDROW, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

On or about March 16, 2022, in the Eastern District of North Carolina, the defendant AKEEM NETRON HOLDER EVANS, also known as "King," did knowingly and intentionally distribute a quantity of cocaine and a quantity of

5

fentanyl, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT

On or about March 16, 2022, in the Eastern District of North Carolina, the defendant KARA SHONTYA JONES, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine and a quantity of fentanyl, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINE

On or about March 24, 2022, in the Eastern District of North Carolina, the defendant, TRAY DE'VONTA EVANS, also known as "Scrap," knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly possessed a firearm and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT TEN

On or about March 29, 2022, in the Eastern District of North Carolina, the defendants, AKEEM NETRON HOLDER EVANS, also known as "King," and TRAY DE'VONTA EVANS, also known as "Scrap," aiding and abetting each other, did knowingly and intentionally possess with the intent to distribute twenty-eight (28) grams or more of cocaine base (crack) and a quantity of cocaine, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

6

## ALLEGATION OF PRIOR CONVICTION

For purposes of Title 21, United States Code, Section 841(b) and 851, AKEEM NETRON HOLDER EVANS, also known as "King," committed the violations alleged in Count Ten of the Indictment after a prior conviction for a serious drug felony, as defined in Title 21, United States Code, Section 802(57), had become final.

## COUNT ELEVEN

On or about March 29, 2022, in the Eastern District of North Carolina, the defendants, AKEEM NETRON HOLDER EVANS, also known as "King," and TRAY DE'VONTA EVANS, also known as "Scrap," aiding and abetting each other, did knowingly and intentionally maintain a place at 2500 Evers Drive, Raleigh, North Carolina, for the purpose of manufacturing, distributing, and storing any controlled substance, in violation of Title 21, United States Code, Section 856(a)(1), and Tile 18 United States Code, Section 2.

## COUNT TWELVE

On or about March 29, 2022, in the Eastern District of North Carolina, the defendant, AKEEM NETRON HOLDER EVANS, also known as "King," knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly possessed firearms and the firearms were in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT THIRTEEN

On or about March 29, 2022, in the Eastern District of North Carolina, the defendant, AKEEM NETRON HOLDER EVANS, also known as "King," did

7

knowingly and intentionally possess with the intent to distribute a quantity of marijuana, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOURTEEN

Beginning no later than on or about February 17, 2022, and continuing until on or about March 29, 2022, in the Eastern District of North Carolina, the defendants, AKEEM NETRON HOLDER EVANS, also known as "King," and ANTHONY EDWARD WALTON, aiding and abetting each other, did knowingly and intentionally maintain a place at 2505 Baney Court, Raleigh, North Carolina, for the purpose of manufacturing, distributing, and storing any controlled substance, in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

## COUNT FIFTEEN

On or about March 29, 2022, in the Eastern District of North Carolina, the defendant, AKEEM NETRON HOLDER EVANS, also known as "King," did knowingly possess a firearm in furtherance of a drug trafficking crime, for which he may be prosecuted in a court of the United States as charged in Count Thirteen and Fourteen of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT SIXTEEN

On or about March 29, 2022, in the Eastern District of North Carolina, at a time and place separate and apart from that charged in Count Twelve and Nineteen

8

of this Indictment, that is, at 101-203 Farris Court, Raleigh, North Carolina, the defendant, AKEEM NETRON HOLDER EVANS, also known as "King," knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly possessed a firearm and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT SEVENTEEN

Beginning no later than on or about February 17, 2022, and continuing until on or about March 29, 2022, in the Eastern District of North Carolina, the defendant, AKEEM NETRON HOLDER EVANS, also known as "King," did knowingly and intentionally maintain a place at 101-203 Farris Court, Raleigh, North Carolina, for the purpose of manufacturing, distributing, and using any controlled substance, in violation of Title 21, United States Code, Section 856(a)(1).

## COUNT EIGHTEEN

On or about March 29, 2022, in the Eastern District of North Carolina, the defendant, AKEEM NETRON HOLDER EVANS, also known as "King," did knowingly possess a firearm in furtherance of a drug trafficking crime, for which he may be prosecuted in a court of the United States as charged in Count Seventeen of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT NINETEEN

On or about March 29, 2022, in the Eastern District of North Carolina, at a time and place separate and apart from that charged in Counts Twelve and Sixteen

9

of this Indictment, that is, at 2613 Evers Drive, Raleigh, North Carolina, the defendants, AKEEM NETRON HOLDER EVANS, also known as "King," TRAY and DE'VONTA EVANS, also known as "Scrap," knowing they had been previously convicted of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly possessed firearms and the firearms were in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT TWENTY

Beginning no later than on or about February 17, 2022, and continuing until on or about March 29, 2022, in the Eastern District of North Carolina, the defendants, AKEEM NETRON HOLDER EVANS, also known as "King," and TRAY DE'VONTA EVANS, also known as "Scrap," aiding and abetting each other, did knowingly and intentionally maintain a place at 2613 Evers Drive, Raleigh, North Carolina, for the purpose of manufacturing, distributing, and using any controlled substance, in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWENTY-ONE

On or about March 29, 2022, in the Eastern District of North Carolina, the defendants, AKEEM NETRON HOLDER EVANS, also known as "King," and TRAY DE'VONTA EVANS, also known as "Scrap," aiding and abetting each other, did knowingly possess a firearm in furtherance of a drug trafficking crime, for which he may be prosecuted in a court of the United States as charged in Count Twenty of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

10

## COUNT TWENTY-TWO

Beginning no later than on or about February 17, 2022, and continuing until on or about March 29, 2022, in the Eastern District of North Carolina, the defendants, AKEEM NETRON HOLDER EVANS, also known as "King," TRAY DE'VONTA EVANS, also known as "Scrap," and LARRY MARNECUS STANFORD, JR., aiding and abetting each other, did knowingly and intentionally maintain a place at 2424 Evers Drive, Raleigh, North Carolina, for the purpose of manufacturing, distributing, and storing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 856(a)(1), and Title, 18 United States Code, Section 2.

## COUNT TWENTY-THREE

On or about March 29, 2022, in the Eastern District of North Carolina, the defendant, LARRY MARNECUS STANFORD, JR., did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-FOUR

On or about March 29, 2022, in the Eastern District of North Carolina, the defendant, LARRY MARNECUS STANFORD, JR., did knowingly possess a firearm in furtherance of a drug trafficking crime, for which he may be prosecuted in a court of the United States as charged in Counts Twenty-Two and Twenty-Three of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

11

## COUNT TWENTY-FIVE

On or about March 29, 2022, in the Eastern District of North Carolina, the defendants, AKEEM NETRON HOLDER EVANS, also known as "King," and TRAY DE'VONTA EVANS, also known as "Scrap," aiding and abetting each other, did knowingly possess a firearm in furtherance of a drug trafficking crime, for which they may be prosecuted in a court of the United States as charged in Count Twenty-Two of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A) and 2.

[Remainder of page left intentionally blank]

12

## ALLEGATION OF PRIOR CONVICTION

For purposes of Title 21, United States Code, Section 841(b) and 851, AKEEM NETRON HOLDER EVANS, also known as "King," committed the violations alleged in the Indictment after a prior conviction for a felony drug offense, as defined in Title 21, United States Code, Section 802(44), had become final.

For purposes of Title 21, United States Code, Section 841(b) and 851, TRAY DE'VONTA EVANS, also known as "Scrap," committed the violations alleged in the Indictment after a prior conviction for a felony drug offense, as defined in Title 21, United States Code, Section 802(44), had become final.

For purposes of Title 21, United States Code, Section 841(b) and 851, RASAUN IRAN ROBINSON WRIGHT, also known as "Ran," committed the violations alleged in the Indictment after a prior conviction for a felony drug offense, as defined in Title 21, United States Code, Section 802(44), had become final.

For purposes of Title 21, United States Code, Section 841(b) and 851, CHARLES JERMAINE MULDROW, committed the violations alleged in the Indictment after a prior conviction for a felony drug offense, as defined in Title 21, United States Code, Section 802(44), had become final.

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any felony violation of the Controlled Substances Act charged herein, the defendant shall forfeit to the United States, pursuant to 21 U.S.C.

13

§ 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

Personal Property:

a) One Black Springfield Armory XDS semi-automatic .40 caliber pistol, bearing serial number S3527078, seized on March 24, 2022 from TRAY DE'VONTA EVANS, also known as "Scrap," and any and all associated ammunition;

b) One Maverick Arms Model 88, 12 gauge shotgun, bearing serial number MV0695504, seized on March 29, 2022, from 2424 Evers Drive, Raleigh, North Carolina, and any and all associated ammunition;

c) One Glock model 26 9mm pistol, bearing serial number AFSE441, seized on

14

March 29, 2022, from 3341-428 Seagrove Lane, Raleigh, North Carolina, and any and all associated ammunition;

d) One Bersa model Thunder .380, bearing serial number A82671, seized on March 29, 2022, from 162 Lake Shore Drive, Benson, North Carolina, and any and all associated ammunition;

e) The following firearms and any and all associated ammunition seized on March 29, 2022, from 2613 Evers Drive, Raleigh, North Carolina:

   a. Unknown make and model.22 caliber pistol, bearing serial number 1090408
   b. Jennings .22 Caliber pistol, bearing serial number 1078339
   c. Ruger MK3 .22 caliber pistol, bearing serial number 271-7449
   d. High Point 9mm Luger handgun, bearing serial number P1701162

f) One Century Arms WASR model 10 7.62x39mm caliber rifle, bearing 1-22703-2001, from 2505 Baney Court, Raleigh, North Carolina, and any and all associated ammunition seized on March 29, 2022,:

g) Approximately $10,291 in United States Currency seized on March 29, 2022, from 162 Lake Shore Drive, Benson, North Carolina;

h) Approximately $6,000 in United States Currency seized on March 29, 2022, from 2613 Evers Drive, Raleigh, North Carolina;

i) Approximately $4,643 in United States Currency seized on March 29, 2022, from 101-203 Farris Court, Raleigh, North Carolina.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been

15

commingled with other property which cannot be divided without difficulty; it is the

intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of said defendant up to the value of the

forfeitable property described above.

A TRUE BILL:

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 4-22-2022

MICHAEL F. EASLEY, JR.
United States Attorney

BY: ROBERT J. DODSON
Assistant United States Attorney
Criminal Division

16