UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-140-1-D

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| | ) | |
| AKEEM NETRON HOLDER EVANS | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses, without prejudice, Counts Eleven, Twelve, Thirteen, Fourteen, Fifteen, Sixteen, Seventeen, Eighteen, Nineteen, Twenty, Twenty One, Twenty Two, and Twenty Five of the Indictment in this action against this defendant only.

Respectfully submitted, this the 20th day of May, 2025.

DANIEL P. BUBAR
Acting United States Attorney

BY: /s/ Ashley Foxx
ASHLEY H. FOXX
Assistant United States Attorney
150 Fayetteville Street, Suite 1500
Raleigh, NC 27601
Telephone: (919) 856-4324
Ashley.foxx@usdoj.gov
N.C. State Bar No. 49208

Leave of Court is granted for the filing of the foregoing dismissal, without prejudice, this _____ day of May 2025.

_____
JAMES C. DEVER III
United States District Judge